```
COOLEY LLP
RONALD S. LEMIEUX (120822)
(rlemieux@cooley.com)
VIDYA R. BHAKAR (220210)
(vbhakar@cooley.com)
CARRIE J. RICHEY (270825)
(crichey@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2150
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
FOSTER FARMS, LLC
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| MOBILE LOGISTICS, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>FOSTER FARMS, LLC,<br><br>          Defendant. | Case No.  1:12-cv-01264-JAM-CKD<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff Mobile Logistics, LLC ("Mobile Logistics") and Defendant Foster Farms, LLC ("Foster Farms"), as follows:

1. On or about August 9, 2012, Foster Farms was served with Mobile Logistics' Complaint accusing Foster Farms of infringing the patent-in-suit for its use of a third party's product, PINC Solutions, Inc.'s ("PINC") "Yard Hound" system.  This Complaint was one of over 25 complaints filed against PINC's customers in district courts across the county, including two in the Eastern District of California.

2. Originally, the Court set the Initial Scheduling Conference for November 6, 2012 at 9:00 am and ordered the Joint Status Report to be filed one week prior to the Scheduling Conference.  (Dkt. 4.)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

1:12-CV-01264-JAM-CKD
Stipulation To Extend Time To Submit
Joint Status Report and Order

3. On August 24, 2012, the Court related this case with *Mobile Logistics v. Reliance Express, Inc.*, Case No. 2:12-CV-02030, and vacated the previously set dates. (Dkt. 11.) Mobile Logistics has since voluntarily dismissed, without prejudice, Reliance Express, Inc. *See Reliance Express, Inc.*, Case No. 2:12-CV-02030 at Dkt. 11.

4. On August 27, 2012, the Court entered an Order requiring the Joint Status Report to be filed within 60 days of service of any party. (Dkt. 12.) Based on this Order, the new due date for the Joint Status Report is October 9, 2012 because Foster Farms was served on August 9, 2012. (Dkt. 7.) The Court did not reschedule the Initial Scheduling Conference.

5. On August 28, 2012, pursuant to Local Rule 144, Mobile Logistics and Foster Farms agreed and stipulated to an extension of time of 28 days for Foster Farms to respond to Mobile Logistics' Complaint by September 27, 2012. (Dkt. 13.)

6. PINC retained national counsel, Cooley, LLP ("Cooley"), to lead its defense against the lawsuits filed against PINC's customers using its Yard Hound system in various district courts across the country. Foster Farms and PINC agreed that Cooley will represent Foster Farms in this suit.

7. At the request of Foster Farms' new counsel, Mobile Logistics agreed and stipulated that Foster Farms should be given a second extension of 29 days, to October 26, 2012, to file a response to the Complaint. On September 27, 2012, the Court granted the Order to extend Foster Farms' time to respond to the Complaint to October 26, 2012. (Dkt. 18.)

8. Cooley and Mobile Logistics' national counsel, Farney Daniels LLP, have also agreed to extend the time to respond to Mobile Logistics' complaints in this suit and in the other remaining actions, and reset the dates for the parties to submit a Joint Status Report and appear for the first status hearing to allow the parties time to explore potential settlement and to determine ways to streamline the handling of the remaining cases.

9. For the reasons stated above, Foster Farms and Mobile Logistics have agreed and stipulated to extend the date to submit their Joint Status Report to October 29, 2012.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

1:12-CV-01264-JAM-CKD
Stipulation To Extend Time To Submit
Joint Status Report and Order

Pursuant to Local Rule 144, the parties respectfully request the Court issue an order allowing Foster Farms and Mobile Logistics to have an extension of time of 20 days, until October 29, 2012, to file their Joint Status Report. The parties have stipulated and agreed to meet and confer regarding the contents of their Joint Status Report on or around October 15, 2012.

Dated: October 8, 2012

COOLEY LLP

*/s/ Ronald S. Lemieux*
RONALD S. LEMIEUX

Ronald S. Lemieux
rlemieux@cooley.com
Vidya R. Bhakar
vbhakar@cooley.com
Carrie J. Richey
crichey@cooley.com
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2150
 650-483-5000

Attorneys for Defendant
FOSTER FARMS, LLC

Dated: October 8, 2012

LAW OFFICES OF JOHN P. COSTELLO

*/s/ John P. Costello (*by permission 10/08/2012*)*
JOHN P. COSTELLO

John P. Costello
jcostello@costellolawcorp.com
LAW OFFICES OF JOHN P. COSTELLO
331 J Street, Suite 200
Sacramento, CA  95814
916-441-2234

Steven R. Daniels (admitted *pro hac vice*)
sdaniels@farneydaniels.com
FARNEY DANIELS LLP
800 South Austin Avenue, Suite 200
Georgetown, TX 78626
512-582-2828

Attorneys for Plaintiff
MOBILE LOGISTICS LLC

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

1:12-CV-01264-JAM-CKD
Stipulation To Extend Time To Submit
Joint Status Report and Order

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to the stipulation between the parties, Plaintiff Mobile Logistics, LLC and Defendant Foster Farms, LLC, that the parties have up to and including October 29, 2012 to file their Joint Status Report.

Dated: 10/9/2012

/s/ John A. Mendez
The Hon. John A. Mendez
United States District Court Judge

Cooley LLP
Attorneys At Law
Palo Alto

4.

1:12-CV-01264-JAM-CKD
Stipulation To Extend Time To Submit
Joint Status Report and Order

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service of documents are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rules.

Dated:  October 8, 2012

                                                */s/ Ronald S. Lemieux*
                                                 Ronald S. Lemieux

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

1:12-CV-01264-JAM-CKD
Stipulation To Extend Time To Submit
Joint Status Report and Order